PACIFIC FINANCE CORPORATION, Plaintiff, *v.* TRAFFIC TIRE AND
RUBBER CO., INC., Defendant.*

City Court of New York, New York County, February 7, 1939.

*Samuel Firestone,* for the plaintiff.

*Patent, Stern & Rackstein* [*Jacob Patent* of counsel], for the
defendant.

COLEMAN, J.    There will be judgment for the defendant dismissing the complaint.    The basis of plaintiff's complaint is that
the register of Kings county failed to record the chattel mortgage
in the proper columns — according to what plaintiff says is the
vowel shown on the cover of the instrument.    The instrument was
properly recorded on the basis of the mortgagor's name in the
body, and the name on the back is not controlling, even if misspelled, which is not at all clear.    But in any case the prior mortgagee cannot be prejudiced by any alleged failure on the part of
the register to scrutinize the spelling.    (*Mutual Life Ins. Co.* v.
*Dake,* 87 N. Y. 257; *Dodds* v. *O'Brien,* 166 N. Y. Supp. 1065.)
The plaintiff also suggests — rather than contends — that as the
motor vehicle was described as a " Cheviolet Truck 1934," when
in fact it was a 1936 model, the first mortgage does not cover the
vehicle in question.    This might be so if no other identifying matter
was supplied by the mortgage as filed.    But the number of the
motor (the one in question) was as prominently shown as the

* Affd,, without opinion, App. Term, First Dept., N. Y. L. J. April 29, 1939,
p. 1975.

year of the model, and, assuming the motor had been removed and placed within a different chassis, the instrument at least told the plaintiff that the motor had already been mortgaged to another and gave him notice of the existence of the earlier mortgage.